[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 22, 2006
THOMAS K. KAHN
CLERK

No. 05-14225
Non-Argument Calendar
_____

D. C. Docket No. 99-00172-1-CR-CB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY BRADFORD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(March 22, 2006)**

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Latisha V. Colvin, appointed counsel for Anthony Bradford, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to Anders v.

<u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bradford's revocation of supervised release and corresponding sentence is **AFFIRMED**.